IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SHAWN SPICER AND BRYAN LIPPINCOTT, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO.: 1:14-CV-00585-RWS |
| v. | ) ) | |
| APEX SOFTWARE TECHNOLOGIES, INC., | ) ) ) | |
| Defendant. | ) | |

### ORDER

Upon application of the parties and upon review of the settlement agreement agreed to by the parties in this action, the Court has reviewed this matter and concludes that the terms of the settlement agreements are the product of arm's length bargaining of qualified counsel and are fair, adequate and reasonable. This Court thereby orders that the parties shall comply with the terms of the Settlement Agreements.

This the 16th day of July, 2014.

_____
Honorable Richard W. Story
United States District Court